United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRY SOLOMON, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00256 |
| | § | |
| LARRY PAGE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is Plaintiff's complaint (D.E. 1, 11, 12) for initial screening under the Prison Litigation Reform Act. *See* 42 U.S.C. § 1997e(c); 28 U.S.C. §§1915(e)(2), 1915A. On October 18, 2025, United States Magistrate Judge Mitchel Neurock issued a Memorandum and Recommendation (M&R, D.E. 13), recommending that Plaintiff's case be dismissed as frivolous.

Thereafter, Plaintiff timely filed two documents that purport to be his objections (D.E. 16, 18). However, they do not point out with particularity any error in the M&R as required in order to be considered. Fed. R. Civ. P. 72(b)(2). Instead, they merely suggest that the Court conduct discovery on his behalf to learn the truth of his allegations. These are not proper objections and are **OVERRULED**.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation, as well as Plaintiff's

objections, and all other relevant documents in the record, and having made a de novo disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **OVERRULES** Plaintiff's objections and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, this action is **DISMISSED WITH PREJUDICE** as frivolous.

    **ORDERED** on November 24, 2025.

NELVA GONZALES RAMOS<br>
UNITED STATES DISTRICT JUDGE